# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| BRUCE KECK | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No. 4:13-cv-00185-BYP |
| NEW DAY ENTERPRISES, INC., ET AL. | ) ) ) | |
| _Defendant_ | ) | Judge Pearson<br>Magistrate Judge Limbert |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Outland Sports, Inc.
c/o Secretary of State
600 West Main, P.O. Box 778
Jefferson City MO 65102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William Carlin
Mark Biggerman
29325 Chagrin Blvd., Suite 305
Pepper Pike, Ohio 44122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith,
_CLERK OF COURT_

Date: 5/22/2013



s/ Heidi L. Sultzbaugh
_Signature of Clerk or Deputy Clerk_

# State of Missouri
## Office of Secretary of State



No. 7011 1570 0003 3859 8121

To **OUTLAND SPORTS INC / NICK MINDEN SEC**
*Name of defendant*

**8575 WEST 110TH STREET STE 205 OVERLAND PARK KS 66210**
*Last known residence or place of abode*

You will take notice that original process in suit against you, a copy of which is hereto attached was duly served upon you at Jefferson City, Cole County, Missouri, by serving same on the Secretary of State, State of Missouri, or a Deputy.

Dated at Jefferson City, Missouri, this **31ST** day of **MAY**, 20 **13**.

**NEW DAY ENTERPRISES INC**
*Plaintiff*

_____
Secretary of State

**MARK W BIGGERMAN**
*Attorney for Plaintiff*

**293525 CHAGRIN BLVD STE 305  PEPPER PIKE OHIO 44122**
*Address of Attorney for Plaintiff*

Mailed by restricted United States mail "Deliver to Addressee Only."

Process was served on Secretary of State or Deputy on **MAY 28TH** 20 **13** at **9:AM**
*(Date)* *(Hour)*

## AFFIDAVIT

State of Missouri, } ss.
County of Cole }

The undersigned, Jason Kander, Secretary of State of Missouri, hereby makes oath and certifies that the original of above notice to defendant was mailed at the United States Post Office in Jefferson City, Missouri, on **31ST MAY** 20 **13**, by restricted registered or certified mail which carried on the face thereof in a conspicuous place where it will not be obliterated the endorsement, "Deliver to Addressee Only," and which also required a return receipt therefor, or a statement by the Postal authorities as to the disposition thereof.

☐ Attached hereto is the return receipt for said mail.
☒ Attached hereto is said registered or certified mail marked " *Unable to Forward* " by the Postal authorities as the reason delivery was not completed.

_____
Secretary of State
by Lesley Lueckenotte, Director of Corporations

Subscribed and sworn to before me at my office in Jefferson City, Cole County, Missouri, this **21st** day of **June**, 20 **13**.

CAROLYN COOK
My Commission Expires
January 4, 2014
Cole County
Commission #10619221

_____ Notary Public

Comm. 26 (01/2013)

COPY — B



**JASON KANDER**
**SECRETARY OF STATE**
PO BOX 778
JEFFERSON CITY MO 65102-0778

7011 1570 0003 3859 8121



neopost
05/31/2013
US POSTAGE
$1

RETURN RECEIPT REQUESTED
RESTRICTED DELIVERY

NOT AT THIS ADDRESS
ANK
ANK
ANK 1017

NICK MINDEN
8575 WEST 110TH ST STE 205
OVERLAND PARK KS 66210

NIXIE      662103077-1N           06/12/13
        RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
        RETURN TO SENDER

RECEIVED
JUN 17 2013
CORPORATION DIVISION
SECRETARY OF STATE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) — C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>NICK MINDEN<br>8575 WEST 110TH ST STE 205<br>OVERLAND PARK KS 66210 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label) | 7011 1570 0003 3859 8121 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540