IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION AT YOUNGSTOWN

BRUCE KECK,

    *Plaintiff,*

v.

NEW DAY ENTERPRISES, INC., *et al.*,

    *Defendants.*

Case No. 4:13-cv-00185-BYP

JUDGE BENITA Y. PEARSON

Magistrate Judge George J. Limbert

### AFFIDAVIT OF WILLIAM A. CARLIN

I, William A. Carlin, Esq., after being duly sworn, depose and say that I am of the age of majority, have personal knowledge of the facts contained in this affidavit, and am competent to testify about them as follows:

1. I am a trial attorney representing the plaintiff in this action. On August 19, 2013, the plaintiff filed a second amended complaint (ECF No. 37).

2. Defendants, New Day Enterprises, Inc., and Outland Sports, Inc., have failed to plead or otherwise defend in this action and the deadline for doing so has expired.

3. Neither New Day Enterprises nor Outland Sports are infants, incompetent persons, or in the military service of the United States.

FURTHER AFFIANT SAYETH NAUGHT.

                                              _____
                                              William A. Carlin

STATE OF OHIO, CUYAHOGA COUNTY    SS:

The foregoing was acknowledged before me on November 26, 2013, by William A. Carlin.

MARK W BIGGERMAN (0064092)
Attorney at Law

My Commission has
no expiration date

                                              _____
                                              Mark W. Biggerman