PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE KECK, | ) | |
| | ) | CASE NO. 4:13CV0185 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NEW DAY ENTERPRISES, | ) | |
| INC., *etc.*, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 64] |

Pending is Plaintiff's Motion for Default Judgment on His Second Amended Complaint Against Defendant Outland Sports, Inc. (ECF No. 64), filed on November 26, 2013. The Court has been advised, having read the file and reviewed the applicable law.

Defendant Outland Sports, Inc. was duly served with summons and the Amended Complaint (ECF No. 8) by certified mail, *see* ECF No. 15; but, has failed to plead or otherwise defend.[1] On July 24, 2013, the Clerk entered the default of Outland Sports, Inc. pursuant to Fed. R. Civ. P. 55(a). *See* ECF No. 28. For good cause shown, Plaintiff's Motion for Default Judgment on His Second Amended Complaint Against Defendant Outland Sports, Inc. (ECF No. 64) is granted without opposition as to the issue of liability alone.

The Clerk is directed to issue a copy of this Order by regular mail to Outland Sports, Inc., c/o CT Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana 70808.

IT IS SO ORDERED.

| | |
|---|---|
| December 31, 2013 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

C:\Users\masicht\AppData\Local\Temp\notes483BD5\13-185ORD5.wpd

---

[1] Plaintiff's Second Amended Complaint (ECF No. 37) was filed on August 19, 2013. Plaintiff did not have a duty to serve Defendant Outland Sports, Inc. with ECF No. 37. *See* Order (ECF No. 61).